IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                                   Criminal Action No.
                                                                     24-00069-01-CR-W-DGK

OTHIENO O. LUCAS,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:    Count One    Possession with Intent to Distribute Fentanyl, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

                                  Count Two    Possession of a Firearm in Furtherance of Drug Trafficking, *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)

                                  Count Three    Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
        Government: Trey Alford
                Case Agent: Independence, Missouri Police Department Detective Dustin Stewart
        Defense:     Todd Schultz


**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   None

**TRIAL WITNESSES**:
        Government:   7 with stipulations; 10 without stipulations
        Defense: no additional witnesses; Defendant may testify

**TRIAL EXHIBITS**:
        Government: 50 exhibits
        Defense: no additional exhibits

**DEFENSES**:
        ( x )    defense of general denial
        (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
        (   ) Definitely for trial        (   ) Possibly for trial
        ( x ) Motion to continue to be filed        (   ) Likely a plea will be worked out

**TRIAL TIME**:  **3 days**
      Government's case including jury selection:   2 days
      Defense case: 1 day

**STIPULATIONS**:
        (  )    not likely
        (  )    not appropriate
        ( x )   likely as to:
                (  )    chain of custody
                ( x )   chemist's reports
                ( x )   prior felony conviction and knowledge thereof
                (  )    interstate nexus of firearm

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

      **Witness and Exhibit Lists**:
      Government:   June 24, 2024
      Defense: June 24, 2024
      **Counsel are requested to list witnesses in alphabetical order on their witness list.**

      **Exhibit Index, Voir Dire, Jury Instructions**:   June 24, 2024
      **Jury instructions must comply with Local Rule 51.1**

      **Motions in Limine**:   June 24, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing July 8, 2024

**OTHER**:
        (  )    A _____-speaking interpreter is required.
        (  )    Other assistive devices: _____

      **IT IS SO ORDERED.**

                                            /s/ *Jill A. Morris*
                                            JILL A. MORRIS
                                            United States Magistrate Judge