IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

Plaintiff,

-vs-                                                            Criminal Action No.
                                                               24-00069-01-CR-W-DGK
OTHIENO O. LUCAS,

Defendant.

**MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE**

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:    Count One    Possession with Intent to Distribute Fentanyl, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(C)

Count Two    Possession of a Firearm in Furtherance of Drug Trafficking, *in violation of* 18 U.S.C. § 924(c)(1)(A)(i)

Count Three    Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
        Government: Trey Alford; a paralegal may assist
            Case Agent:    Detective Steve Cook – Independence, Missouri Police Department
        Defense:      Matthew Merryman

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   None

**TRIAL WITNESSES**:
        Government:    10 without stipulations
        Defense:    No additional witnesses; Defendant may testify

**TRIAL EXHIBITS**:
        Government:    50 exhibits
        Defense:    10 exhibits

**DEFENSES**:
        ( x )    defense of general denial
        (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:

    (   ) Definitely for trial                 (   ) Possibly for trial

    ( x ) Motion to continue to be filed      (   ) Likely a plea will be worked out

**TRIAL TIME**:   **3 days**

    Government's case including jury selection:   2 days

    Defense case:   ½ day

**STIPULATIONS**:

    (   )     not likely

    (   )     not appropriate

    (   )     proposed as to:

           (   )     chain of custody

           ( x )     chemist's reports

           ( x )     prior felony conviction

           ( x )     interstate nexus of firearm

           (   )     other: _____

**UNUSUAL QUESTIONS OF LAW**:    Defendant may consider the possibility of pleading guilty to one count and contesting the others.

**FILING DEADLINES:**

    **Witness and Exhibit Lists**:

    Government:   August 30, 2024

    Defense: August 30, 2024

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions**:   August 30, 2024

    **Jury instructions must comply with Local Rule 51.1**

    **Motions in Limine**:   August 30, 2024

**TRIAL SETTING**: Criminal jury trial docket commencing September 16, 2024

    **Please note**:   *No conflicts identified.*

**OTHER**:

    (   )    A _____-speaking interpreter is required.

    (   )    Other assistive devices: _____

    **IT IS SO ORDERED.**

                                          */s/ Jill A. Morris*_____

                                          JILL A. MORRIS

                                          United States Magistrate Judge