IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

    Plaintiff,

-vs-                                                                     Criminal Action No.
                                                                            24-00069-01-CR-W-DGK

OTHIENO O. LUCAS,

    Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGES**:

| | | |
|---|---|---|
| | Count One | Possession with Intent to Distribute Fentanyl, *in violation of* 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| | Count Two | Possession of a Firearm in Furtherance of a Drug Trafficking Crime, *in violation of* 18 U.S.C. § 924(c)(1)(A)(i) |
| | Count Three | Felon in Possession of a Firearm, *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |

**TRIAL COUNSEL**:

    Government: Trey Alford; a paralegal may assist
        Case Agent: Detective Dustin Stewart – Independence, Missouri Police Department
    Defense: Matthew Merryman; Nicholas Bates may be present

**OUTSTANDING MOTIONS**:   None

**ANTICIPATED MOTIONS**:   None

**TRIAL WITNESSES**:

    Government: 10 without stipulations
    Defense: No additional witnesses; Defendant may testify

**TRIAL EXHIBITS**:

    Government: 50 exhibits
    Defense: No additional exhibits

**DEFENSES**:

    ( x )    defense of general denial
    (   )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
      (  ) Definitely for trial           (  ) Possibly for trial
      ( x ) Motion to continue to be filed    ( x ) Possible a plea will be worked out

**TRIAL TIME**:   **2 ½ days**
    Government's case including jury selection: 2 days
    Defense case: ½ day

**STIPULATIONS**:
- (  ) not likely
- (  ) not appropriate
- ( x ) possible as to:
  - (  ) chain of custody
  - ( x ) chemist's reports
  - ( x ) knowledge of prior felony conviction
  - ( x ) interstate nexus of firearm
  - (  ) other: _____

**UNUSUAL QUESTIONS OF LAW**:   None

**FILING DEADLINES:**

**Witness and Exhibit Lists**:
Government:   July 28, 2025
Defense:   July 28, 2025
**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions**:   July 28, 2025
**Jury instructions must comply with Local Rule 51.1**

**Motions in Limine**:   July 28, 2025

**TRIAL SETTING**: Criminal jury trial docket commencing August 11, 2025
    **Please note**:   *AUSA Alford has another case on the August docket, <u>USA v. Talbott</u>, 24-00163-CR-W-DGK. Mr. Merryman is counsel in an older case, 21-00200-CR-W-RK, with a special setting in this Court beginning on August 11, 2025.*

**OTHER**:
- (  ) A _____-speaking interpreter is required.
- (  ) Other assistive devices: _____

    **IT IS SO ORDERED.**

                                              */s/ Jill A. Morris*
                                              JILL A. MORRIS
                                              United States Magistrate Judge